# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Michael Benny Miller
Miller & Associates
P. O. Drawer 1630
Crowley LA 70527-1630

Jacqueline B. Manecke
Miller & Associatews
P. O. Box 1630
Crowley LA 70527-1630

## REHEARING ACTION: March 23, 2016

**Docket Number: 15   00621-WCA**

**BONNIE CONNER**
**VERSUS**
**BRIDGEFIELD CASUALTY INSURANCE COMPANY, ET AL.**

**Appealed from Office of Workers' Compensation - # 3 Case No. 11-09743**

<u>**BEFORE JUDGES**</u>:

   Hon. Sylvia R. Cooks
   Hon. Jimmie C. Peters
   Hon. Marc T. Amy

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Bonnie Conner** has this day been

   **DENIED.**
   Cooks, J., would grant the rehearing.

cc: Matthew William Tierney, Counsel for the Appellant